**Electronically Filed
Supreme Court
SCWC-17-0000873
01-JUL-2019
12:54 PM**

SCWC-17-0000873

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER
POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2006
SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR2
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR2,
Respondent/Plaintiff-Appellee,

vs.

PHILIP DETOL, ROXANNE TOM-DETOL,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000873; CIVIL NO. 15-1-0237)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari filed on May 6, 2019 by Petitioners/Defendants-Appellants Philip Detol and Roxanne Tom-Detol is hereby rejected.

DATED: Honolulu, Hawai'i, July 1, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

